IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

DAVID S. BEANS,

                            Plaintiff,

ORDER

v.

11-cv-142-wmc

WASHINGTON MUTUAL FINANCIAL,

                            Defendant.
_____

      Plaintiff David S. Beans has requested leave to proceed *in forma pauperis* in this civil action for monetary relief, brought under 42 U.S.C. § 1983. From the affidavit of indigency accompanying plaintiff's proposed complaint, I cannot determine whether he qualifies for indigent status. To make this determination, I need to know plaintiff's total annual household income for the past year. In this regard, plaintiff's affidavit of indigency information is ambiguous and incomplete. In Section II, the line that says "State your spouse's total monthly income" contains a question mark next to the $1,800 amount. Further, the source of his spouse's income is not listed.

      To clear all this up, plaintiff may have until March 21, 2011 to submit an amended affidavit of indigency that contains his and his wife's actual gross monthly income from all sources for the last twelve months. I am enclosing a blank affidavit of indigency form to plaintiff with this order.

ORDER

      IT IS ORDERED that a decision whether plaintiff David Beans may proceed *in forma pauperis* in this action is STAYED. Plaintiff may have until March 21, 2011, in which to amend

his affidavit of indigency and return it to the court. If plaintiff fails to provide this requested financial information in a timely fashion, then the court will deny his request for leave to proceed *in forma pauperis* for failure to show that he is indigent.

Entered this 2nd day of March, 2011.

> BY THE COURT:
>
> /s/
>
> STEPHEN L. CROCKER
> Magistrate Judge